UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| KENNETH BERNARD AND KIM BERNARD § § § vs. § § PROPERTY & CASUALTY § INSURANCE COMPANY OF HARTFORD § PREMIER ADJUSTING SERVICES, INC., § JOHN KELLY, TY PATCH, AND EVELYN § SMITH § | CASE NO. 1:09CV313-MAC-KFG |

## MOTION TO SUBSTITUTE COUNSEL BY DEFENDANT PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD

COMES NOW Property & Casualty Insurance Company of Hartford ("Hartford"), and file its Motion to Substitute Counsel and in support thereof states:

**I.**

1. Hartford has retained the law firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, A Law Corporation, and designates Martin R. Sadler of that firm as the attorney-in-charge of the above-captioned matter.

WHEREFORE, PREMISES CONSIDERED, Hartford requests the Court substitute Lugenbuhl, Wheaton, Peck, Rankin & Hubbard for Martin, Disiere, Jefferson & Wisdom as attorneys of record in the above-captioned cause.

Respectfully submitted, Respectfully submitted,

*/s/ Christopher W. Martin*  
Christopher W. Martin  
State Bar No.: 1305620  
Federal ID No.: 13515  
martin@mdjwlaw.com  
Martin, Disiere, Jefferson &  
    Wisdom, L.L.P.  
808 Travis Street, Suite 1800  
Houston, Texas 77002  
Telephone: (713) 632-1700  
Facsimile: (713) 222-0101  

**Former Attorney-in-Charge for**  
**Property & Casualty Insurance Company**  
**of Hartford**  
OF COUNSEL:  

Kristy M. Goldman  
Texas Bar No.: 24066226  
Federal ID No. 987720  
goldman@mdjwlaw.com  
Texas Bar No.: 24043751  
Federal ID No. 38513  
kemp@mdjwlaw.com  
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.  
808 Travis Street, Suite 1800  
Houston, Texas 77002  
Telephone: (713) 632-1700  
Facsimile: (713) 222-0101  

*/s/ Martin R. Sadler*  
Martin R. Sadler  
State Bar No.: 00788842  
Federal ID No.: 18230  
msadler@lawla.com  
Lugenbuhl, Wheaton, Peck, Rankin &  
    Hubbard, A Law Corporation  
815 Walker Street, Suite 1447  
Houston, Texas 77002  
Telephone: (713) 222-1990  
Facsimile: (713-222-1996  

**Attorney-in-Charge for**  
**Property & Casualty Insurance Company**  
**of Hartford**  
OF COUNSEL:  

LUGENBUHL, WHEATON, PECK, RANKIN  
    & HUBBARD (-\_\_\_)  
815 Walker Street, Suite 1447  
Houston, Texas 77002  
Telephone: (713) 222-1990  
Facsimile: (713) 222-1990

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been forwarded via certified mail, return receipt requested, on this __27th___ day of May 2010 to:

Michael R. Ramsey
Gregory F. Cox
J. Steve Mostyn
THE MOSTYN LAW FIRM
3810 West Alabama
Houston, Texas 77027

*/s/ Martin R. Sadler*_____
Martin R. Sadler