UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| KENNETH BERNARD AND KIM BERNARD | § § § | |
| | § | CASE NO. 1:09CV313-MAC-KFG |
| vs. | § § | |
| PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD PREMIER ADJUSTING SERVICES, INC., JOHN KELLY, TY PATCH, AND EVELYN SMITH | § § § § § | |

## ORDER

Considering the Motion to Substitute Counsel filed by Property & Casualty Insurance Company of Hartford ("Hartford"),

**IT IS HEREBY ORDERED** that Lugenbuhl, Wheaton, Peck, Rankin & Hubbard be and hereby is substituted for Martin, Disiere, Jefferson & Wisdom as attorneys of record in the above-captioned cause.

Beaumont, Texas, this ___ day of _____, 2010.

_____
**JUDGE**